UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-068 JD |
| | ) | |
| DAVID M. LANDRUM | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 17, 2013 [DE 10]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant David M. Landrum's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  July 9, 2013

                                                /s/ JON E. DEGUILIO
                                                Judge
                                                United States District Court